392

**No. 43196.**—Protests 8025–K, etc., of Baltimore & Ohio Railroad Co. (Baltimore).

Opinion by KINCHELOE, J. On the record presented and in view of T. D. 49984 the claim at 10 percent under paragraph 1402 was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 6, 1940

**No. 43197.**—Protest 987928–G of Kunreuther & Merfeld, Inc. (New York).

Opinion by EVANS, J. The protest was dismissed on the ground that it involves a question of value.

JANUARY 30, 1940

**No. 43198.**——Protest 996360–G of R. C. Williams & Co., Inc. Abstract 42928. Application by plaintiff for rehearing granted.

FEBRUARY 1, 1940

**No. 43199.**——Protests 754520–G, etc., of Case & Co. C. D. 264. Application by plaintiffs for rehearing denied.

FEBRUARY 3, 1940

**No. 43200.**——Protest 987780–G of Mattia Locatelli, N. Y. Branch Inc. Abstract 43056. Application by plaintiff for rehearing granted.

FEBRUARY 5, 1940

**No. 43201.**——Protest 737294–G of A. S. Gold & Bro., Inc. Abstract 30494. Application by plaintiff for rehearing granted.

JANUARY 31, 1940

**No. 43202.**—SUIT 4199.——*Fara Macaroni Importing Co. et al.* v. *United States.* Abstract 38929. Appeal dismissed December 4, 1939; not yet reported.

**No. 43203.**—SUIT 4200.——*Hershey Corporation* v. *United States.* Abstract 38927. Appeal dismissed December 4, 1939; not yet reported.

**No. 43204.**—SUIT 4264.——Geo. W. Cole & Co. et al. Abstract 41414 affirmed. C. A. D. 85.

FEBRUARY 5, 1940

**No. 43205.**—SUIT 4192.——*Shell Oil Co. of Canada, Ltd.,* v. *United States.* T. D. 49623 affirmed. C. A. D. 68.